No. 300. CRUMMER COMPANY ET AL. *v.* DUPONT ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE CLARK and MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Francis P. Whitehair, Warren Hall* and *Chris Dixie* for petitioners. *Richard W. Ervin,* Attorney General of Florida, and *Ralph M. McLane,* Assistant Attorney General, for Clements et al., *Clarence G. Ashby* for DuPont et al., *Donald Russell* for Ball et al., *Charles R. Scott* for the St. Joe Paper Co., *William H. Rogers* for Pierce et al., *Asbury Sum-*

*merlin* for Gall, *John W. Donahoo* and *Chester Bedell* for the Cummer Sons Cypress Co., and *H. M. Voorhis* and *W. H. Poe* for Leedy, Wheeler & Alleman, Inc. et al., respondents.